UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL BRISCOE,
    Plaintiff,                            :

                                          :

VS.                                        :

                                          :      Civil Action No.: 3:09cv1642 (CSH)

CITY OF NEW HAVEN,
    Defendant.                     :      DECEMBER 1, 2009

**NOTICE OF FILING**

    The plaintiff gives notice that he has filed the attached Motion to Intervene and Memorandum in Support of Motion to Intervene in *Ricci v. Destefano*, 3:04CV01109(JBA).

                                                      THE PLAINTIFF

                                                      By_____
                                                      David N. Rosen
                                                      400 Orange Street
                                                      New Haven, Connecticut 06511
                                                      (203) 787-3513
                                                      CT00196
                                                      Email: drosen@davidrosenlaw.com
                                                      His Attorney

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2009, a copy of the foregoing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
David N. Rosen