UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK RICCI, ET AL, | : | |
| Plaintiffs, | : | |
| | : | Docket No.: 3:04CV01109 (JBA) |
| VS. | : | |
| | : | |
| JOHN DESTEFANO, ET AL, | : | |
| Defendants. | : | DECEMBER 1, 2009 |

## MOTION TO INTERVENE AS A PARTY PLAINTIFF

For the reasons set forth in the attached Memorandum, Michael Briscoe moves pursuant to Fed. R. Civ. P. 24(a) and (b) to intervene in the above action as a party plaintiff.

THE PROPOSED INTERVENOR
MICHAEL BRISCOE

By_____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
Email: drosen@davidrosenlaw.com
His Attorney

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2009, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
David N. Rosen