# David Rosen & Associates PC Attorneys at Law

400 Orange Street
New Haven, CT 06511
phone 203.787.3513
fax 203.789.1605
drosen@davidrosenlaw.com

October 21, 2009

The Hon. Charles S. Haight, Jr.
Senior United States District Judge
United States District Court
141 Church Street
New Haven, CT 06510          **VIA HAND-DELIVERY**

Re:   **Michael Briscoe v. City of New Haven**
      **Docket No.: 3:09cv1642 (CSH)**

Dear Judge Haight:

I write to request a conference with the Court and counsel in this case, for the following reasons.

This recently-filed case arises out of the same fire lieutenant examination that was at issue in the *Ricci v. DeStefano* litigation. *Ricci* was originally before Judge Arterton; on June 29 the Supreme Court remanded the case; and it will shortly be before her again. Because the City, in response to the Supreme Court's directive, has indicated that it will act soon to make promotions, we believe that we will need to file a motion for a preliminary injunction in order to protect the rights of our client, who is on the same lieutenant list as some of the *Ricci* plaintiffs.

At a conference, we will request the Court to set a schedule for expedited discovery so that this case can proceed quickly, thereby avoiding or minimizing conflict with the *Ricci* litigation.

Thank you for your attention.

Sincerely,

David N. Rosen

DNR/ami
cc:   Victor Bolden, Esq. Corporation Counsel, City of New Haven
      Richard Roberts, Esq.