# New Haven Fire Lieutenant Promotional Process



## Candidate Feedback Summary

The purpose of this feedback summary is to provide you with detailed information about your performance on the written examination, the oral exam and the promotional process as a whole. The following page contains information related to your performance.

### Written Exam

The written examination consisted of 100 multiple-choice items. Your score on the written examination is the number of questions you answered correctly. Following the examination, a careful item review was conducted to ensure that items were keyed correctly and that there were no items that were misleading or otherwise poorly constructed. This review did not identify any items that were miskeyed or in error.

| | |
|---|---|
| Average Score on Written Exam (%) | 71.44 |
| Lowest Score (%) | 46.00 |
| Highest Score (%) | 95.00 |

### Structured Oral Exam

The oral exam consisted of a total of four scenarios. Responses to each scenario were evaluated independently. The maximum score you could achieve for each question was ten. In addition, each candidate's communication skills were assessed using the same scale. Following is the scale that was used:

| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|
| Poorly Qualified | Well Below Average | Below Average/ Under-Qualified | Acceptable | Above Average | Very Good | Exceptional |

Scenarios were weighted according to their individual complexity. By plugging your scores for each question and for oral communication into the following equation, you will arrive at your overall oral exam score:

$$((Q1\ Score * 20) + (Q2\ Score * 20) + (Q3\ Score * 10) + (Q4\ Score * 20) + (Communication\ Score * 10))/80$$

*Copyright © 2003. I/O Solutions. Inc.*

1

| Description of Question 1 | Scenario one focused on interacting with a building owner who is upset because you have pointed out some code violations during a routine pre-fire planning visit. |
|---|---|
| Average Score on Question 1 | 6.48 |

| Description of Question 2 | Scenario two required you to respond to a vehicle accident with an entrapped victim and an individual who was thrown from the vehicle. |
|---|---|
| Average Score on Question 2 | 6.45 |

| Description of Question 3 | Scenario three required you to provide a plan for dealing with a lack of cohesion among firefighters in your station because new recruits would be joining your company soon. |
|---|---|
| Average Score on Question 3 | 5.21 |

| Description of Question 4 | Scenario four required you to take command at a working fire as the second-in company and to make assignments for your company and the first-in company because the first in company did not respond appropriately. |
|---|---|
| Average Score on Question 4 | 6.06 |

| Description of Oral Communication | Your rating on oral communication included the clarity and meaningfulness of your response, your organization and delivery, and your nonverbal communication. |
|---|---|
| Average Score on Oral Communication | 7.56 |

| Average Score on Oral Exam (%) | 63.43 |
|---|---|
| Lowest Score (%) | 40.83 |
| Highest Score (%) | 92.08 |

## Results of the Promotional Process

Your final score for this promotional process is a weighted composite of your written examination score and your oral exam score. Your written examination score is weighted at 60% of the overall score and the oral exam is 40 percent of the overall score. In order to be considered for promotion, you must achieve a score of at least 70 percent, according to the city of New Haven.

| Average Score for the Promotional Process (%) | 68.24 |
|---|---|
| Lowest Score (%) | 45.93 |
| Highest Score (%) | 90.10 |

*Copyright © 2003, I/O Solutions, Inc.*