UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------x
MICHAEL BRISCOE                           :
        Plaintiff                         :
                                          :       NO: 3:09-CV-01642 (CSH)
v.                                        :
                                          :
CITY OF NEW HAVEN                         :       APRIL 9, 2010
        Defendant                         :
-------------------------------------------------------------x
```

## **DEFENDANT'S MOTION TO DISMISS**

The defendant, the City of New Haven, is simultaneously filing an objection to the plaintiff's Motion to Amend on the ground that the amendment is futile.  In the event that this Court permits the amendment, the City, in the alternative, moves this Court to dismiss the proposed additional claims.

The new claims are foreclosed by the Supreme Court's decision in Ricci.  Moreover, the plaintiff waived his present challenge to the exam results by not challenging the order requiring certification and this is the improper forum to now challenge the scoring.  The due process claim fails because the plaintiff did not have a protected property interest, the City cannot be liable for a due process violation based on an allegedly negligent scoring error, the plaintiff fails to allege what process he was denied, and as the results were certified pursuant to a court order that followed the

Supreme Court's mandate, the plaintiff is really claiming that the court order, not the City, deprived him of due process. The City did not violate municipal law in that it utilized a 100 point scale to score the 2003 Lieutenant exam. Finally, the state law claim(s) fail because the plaintiff does not identify which state statutes or laws he claims were violated.

The defendant submits the Objection to Motion to Amend as the memorandum of law in support of its Motion to Dismiss.

          THE DEFENDANT
          CITY OF NEW HAVEN

          /s/
          Richard A. Roberts (ct07665)
          Stacey L. Pitcher (ct27111)
          Todd J. Richardson (ct26699)
          Nuzzo & Roberts, L.L.C.
          One Town Center Plaza
          Cheshire, CT  06410
          203-250-2000
          203-250-3131 (facsimile)
          rroberts@nuzzo-roberts.com
          spitcher@nuzzo-roberts.com
          trichardson@nuzzo-roberts.com

**CERTIFICATION**

      This is to certify that on April 9, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court(s) electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

David N. Rosen, Esq.
400 Orange Street
New Haven, CT  06511

Victor A. Bolden, Esq.
City of New Haven
165 Church Street
New Haven, CT  06510

Karen Lee Torre, Esq.
Law Offices of Norm Pattis, L.L.C.
129 Church Street, Suite 405
New Haven, CT  06510

BENCH COPY VIA U.S. MAIL
The Honorable Charles S. Haight, Jr.
U.S. District Court
141 Church Street
New Haven, CT  06510

                              /s/
                              Richard A. Roberts