UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
MICHAEL BRISCOE                          :
        Plaintiff                        :
                                         :        NO: 3:09-CV-01642 (CSH)
v.                                       :
                                         :
CITY OF NEW HAVEN                        :        APRIL 12, 2010
        Defendant                        :
-----------------------------------------------------------x
```

## **DEFENDANT'S RESPONSE TO PATTON'S REQUEST TO PARTICIPATE**

Pursuant to this Court's April 6, 2010 Order, the defendant, the City of New Haven, submits this response to Sean Patton's request to participate in the April 19, 2010 evidentiary hearing.

On January 27, 2010, the City objected to Mr. Patton's Motion to Intervene. (Doc. # 50.) That motion has not yet been ruled upon. This Court has scheduled oral argument on the Motion to Intervene for April 19, 2010. Thus, the City requests that this Court decide that motion before proceeding with Mr. Briscoe's Motion to Permit Discovery and Motion for Preliminary Injunction.

For all of the reasons set forth in the City's objection, Mr. Patton's Motion to Intervene should be denied. Namely, the present action does not impair Mr. Patton's ability to protect his interests because they are already being litigated in <u>Ricci v.</u>

- 2 -

DeStefano; Patton's rights and any potential relief will be determined in Ricci; all Lieutenant vacancies have been filled, so any promotion will be by virtue of a judicial order, irrespective of the existence of vacancies, thus, promotion of one does not preclude promotion of the other; and Patton's disparate treatment claim involves different legal and factual questions than Briscoe's disparate impact claim.  (See Doc. # 50.)

As Patton is currently not a party to this action, he has no right to participate in the proceedings.  In addition, he should not be permitted to participate because he does not have an interest in the preliminary injunction proceedings.  Mr. Patton is not qualified to take the Director of Training exam, as he is not in the rank of Lieutenant or higher.  More importantly, he did not apply to take the exam or make any attempt to assert that he is entitled to do so.  Thus, he does not have an interest in the outcome of the preliminary injunction proceedings.

WHEREFORE, the City hereby responds to Mr. Patton's request to participate in the disposition of Mr. Briscoe's Motion to Permit Discovery and Motion for Preliminary Injunction.

THE DEFENDANT
CITY OF NEW HAVEN


___/s/_____
Richard A. Roberts (ct07665)
Stacey L. Pitcher (ct27111)
Todd J. Richardson (ct26699)
Nuzzo & Roberts, L.L.C.
One Town Center Plaza
Cheshire, CT  06410
203-250-2000
203-250-3131 (facsimile)
rroberts@nuzzo-roberts.com
spitcher@nuzzo-roberts.com
trichardson@nuzzo-roberts.com

## CERTIFICATION

This is to certify that on April 12, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court(s) electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

David N. Rosen, Esq.
400 Orange Street
New Haven, CT  06511

Victor A. Bolden, Esq.
City of New Haven
165 Church Street
New Haven, CT  06510

Karen Lee Torre, Esq.
Law Offices of Norm Pattis, L.L.C.
129 Church Street, Suite 405
New Haven, CT  06510


/s/
Richard A. Roberts


\\fp01\nuzzo\WP\401002\486\PLEADINGS\Resp Patton Request 04 12 10.doc