UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL BRISCOE, | ) | Case No. 3:09cv1642 (CSH) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE HAIGHT |
| | ) | |
| CITY OF NEW HAVEN, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO INTERVENE

In light of the Supreme Court's denial of certiorari in *Briscoe v. City of New Haven*, No. 11-1024, Intervenor Plaintiffs Gary Tinney, Michael Neal, Anthony Reese, Linda Cohens, Anthony Wells, Curtis Tolson and Bernard McNeil, through counsel, request to withdraw their Motion to Intervene (RE #171).

Respectfully submitted,
/s/_____
Christy B. Bishop
Ohio Reg. No. 0076100
Dennis R. Thompson
Ohio Reg. No. 0030098
Thompson & Bishop
946 Kenmore Blvd.
Akron, Ohio 44314
330-753-6874
Fax: 330-753-7082
tmpsnlaw@sbcglobal.net
bishopchristy@gmail.com

ATTORNEYS FOR INTERVENOR
PLAINTIFFS

**CERTIFICATE OF SERVICE**

  A true copy of the foregoing was filed and served electronically on all counsel of record this 12 day of June, 2012.

                      <u>/s/ Dennis R. Thompson</u>